UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEREK DAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LONNIE G. BUNCH, III, Secretary of ) <br> Smithsonian Institution, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 24-1593 (TSC) |

**NOTICE OF APPEARANCE**

Defendant respectfully request that the Clerk of the Court enter the appearance of the undersigned counsel, Tabitha Bartholomew, on behalf of all Defendant in this matter.

Dated: August 21, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Tabitha Bartholomew*
TABITHA BARTHOLOMEW
D.C. BAR # 1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529
Tabitha.Bartholomew@usdoj.gov

*Attorneys for the United States of America*