UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEREK DAY, </br></br> Plaintiff, </br></br> v. </br></br> LONNIE G. BUNCH, III, Secretary of the Smithsonian Institution, </br></br> Defendant. | Civil Action No. 24-1593 (TSC) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER**

Pursuant to Local Rule 6(b), Defendant respectfully requests that the Court extend Defendant's time to answer or otherwise respond to the Complaint in this employment discrimination matter by one week, October 4, 2024. As support for this Motion, Defendant states as follows:

1. Plaintiff filed the Complaint on June 18, 2024, seeking relief under, *inter alia*, Title VII of the Civil Rights Act and the Age Discrimination in Employment Act for employment discrimination claims arising out of his employment with Defendant. *See generally* Compl. ¶¶ 2, 95–205. Defendant's answer is currently due on September 27, 2024.

2. Defendant is in the process of finalizing its responsive pleading. However, the undersigned counsel's unexpected illness earlier this week has delayed that progress, and Defendant therefore needs a reasonable amount of additional time for the necessary final reviews of Defendant's pleading prior to filing.

3. Good cause exists to grant the requested extension of time. This is Defendant's second request to extend its answer deadline. Defendant has worked diligently in preparing its

response to the Complaint, and was only delayed unexpectedly this week due the undersigned counsel's illness. The brief, one-week extension is sought to permit sufficient time for the necessary agency and supervisory reviews of Defendant's response prior to filing. No other deadlines will be impacted should the Court grant this Motion.

4.     Pursuant to Local Rule 7(m), Defendant conferred with Plaintiff, through their counsel, on September 26, 2024. Plaintiff does not object to the one-week extension of Defendant's time.

WHEREFORE Defendant requests that the Court grant the requested extension of Defendant's time to answer, to October 4, 2024. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: September 26, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br><br>By: */s/ Tabitha Bartholomew*<br>TABITHA BARTHOLOMEW<br>D.C. BAR # 1044448<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>202-252-2529<br>Tabitha.Bartholomew@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEREK DAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LONNIE G. BUNCH, III, Secretary of the Smithsonian Institution,<br><br>　　　　　Defendant. | Civil Action No. 24-1593 (TSC) |

## **PROPOSED ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to Answer, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendant's answer or other responsive pleading shall be filed on or before October 4, 2024.

SO ORDERED.

Dated: _____             _____

　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge