**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEREK DAY,<br>                Plaintiff,<br><br>         v.<br><br>LONNIE G. BUNCH, III,<br><br>         Defendant. | )<br>)<br>)<br>)  **Civil Action No. 24-1593 (TSC)**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

UPON CONSIDERATION of the Joint Report Pursuant to LCvR 16.3, it is this *10th* day of *March* 2026,

ORDERED, that the following discovery schedule be incorporated into the Court's Scheduling Order:

| Early Mediation Date (required by statute) | Not Applicable |
|---|---|
| Initial Disclosures | April 20, 2026 |
| Proponent's Rule 26(a)(2)(B) Report | September 21, 2026 |
| Opponent's Rule 26(a)(2)(B) Report | November 20, 2026 |
| Discovery Deadline | December 21, 2026 |

| Post Discovery Status Hearing | Fourteen Days after the close of all discovery or on a date and at a time convenience to the Court. |
|---|---|
| Pretrial Conference Date | To be set at the post discovery status hearing |
| Trial Date | To be set at the pretrial conference |

TANYA S. CHUTKAN
United States District Judge